[No. 38941-0-II.   Division Two.   November 16, 2010.]

THE CITY OF TACOMA, *Respondent*, JOHNNIE E. LOVELACE ET AL., *Appellants*, v. NORTHSHORE INVESTORS, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-04025-4, Russell W. Hartman, J. Pro Tem., entered February 27, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Lau, J.

[No. 39246-1-II.   Division Two.   November 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENIO COLON III, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01338-1, James J. Stonier, J., entered April 29, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Hartman, J. Pro Tem.

[No. 39289-5-II.   Division Two.   November 16, 2010.]

ROBERT R. MITCHELL ET AL., *Appellants*, v. MICHAEL A. PRICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-10247-8, Katherine M. Stolz, J., entered April 17, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Alexander, J. Pro Tem.

[No. 39895-8-II.   Division Two.   November 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL HERBERT PANNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04226-2, Katherine M. Stolz, J., entered September 25, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.